United States District Court
Southern District of Texas
**ENTERED**
March 03, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WEN LIU and HO YIN LAM, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-14-3052 |
| § | |
| LORETTA LYNCH, *et al.*, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

For the reasons stated in the court's Memorandum and Opinion of even date, this action is dismissed with prejudice. Each party is to bear its own costs. This is a final judgment.

SIGNED on March 3, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge